IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEPARTMENT OF FINANCIAL
SERVICES, DIVISION OF
INSURANCE AGENTS AND
AGENCY SERVICES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-178

        Appellant,

v.

MARTA R. DE LA PAZ,

        Appellee.

_____/

Opinion filed October 1, 2015.

An appeal from the Division of Administrative Hearings.
Mary Li Creasy, Judge.

Gregory D. Venz, Deputy General Counsel, David J. Busch, Assistant General
Counsel, Department of Financial Services, Tallahassee, for Appellant.

N. Fraser Schuh, III, Hallandale, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.